IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McKee, Deborah A

Printed: 5/13/08

Case Number: 05 B 09250
Judge: Wedoff, Eugene R

Filed: 4/27/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 13, 2007
Confirmed: July 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,665.00 |  |
| Secured: |  | 1,409.82 |
| Unsecured: |  | 942.14 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,123.00 |
| Trustee Fee: |  | 177.94 |
| Other Funds: |  | 12.10 |
| Totals: | 3,665.00 | 3,665.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Jeffrey L Benson | Administrative | 1,123.00 | 1,123.00 |
| 2. | New Age Chicago Furniture Co | Secured | 1,409.82 | 1,409.82 |
| 3. | T Mobile USA | Unsecured | 386.37 | 265.50 |
| 4. | Peoples Energy Corp | Unsecured | 17.56 | 0.00 |
| 5. | Wow Internet | Unsecured | 16.68 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 872.25 | 599.37 |
| 7. | Asset Acceptance | Unsecured | 46.19 | 31.71 |
| 8. | Credit Acceptance Corp | Unsecured | 66.32 | 45.56 |
| 9. | CB&T | Unsecured |  | No Claim Filed |
| 10. | Access Community Health Network | Unsecured |  | No Claim Filed |
| 11. | Blockbuster Video | Unsecured |  | No Claim Filed |
| 12. | Blitt & Gaines | Unsecured |  | No Claim Filed |
| 13. | MCI | Unsecured |  | No Claim Filed |
| 14. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 15. | Kenwood High School | Unsecured |  | No Claim Filed |
| 16. | Comcast | Unsecured |  | No Claim Filed |
| 17. | Mercantile Adjustment Bureau | Unsecured |  | No Claim Filed |
| 18. | R & R Country Motors | Unsecured |  | No Claim Filed |
| 19. | Michael Reese Hospital | Unsecured |  | No Claim Filed |
| 20. | ShoreBank | Unsecured |  | No Claim Filed |
| 21. | Risk Management Alternatives | Unsecured |  | No Claim Filed |
| 22. | Sinai Health System | Unsecured |  | No Claim Filed |
| 23. | AT&T | Unsecured |  | No Claim Filed |
| 24. | Pellettieri & Associates | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  McKee, Deborah A

Printed: 5/13/08

Case Number:  05 B 09250
Judge:  Wedoff, Eugene R
Filed:  4/27/05

|  |  |
|---|---|
| _____ | _____ |
| $ 3,938.19 | $ 3,474.96 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 15.03 |
| 5.5% | 54.78 |
| 5% | 42.00 |
| 4.8% | 39.46 |
| 5.4% | 26.67 |
|  | _____ |
|  | $ 177.94 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

